

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00015-CR

Robert Alan **QUEEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2063-CR
The Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed in this appeal on April 15, 2015.  On April 20, 2015, this court notified appellant's attorney that the brief was late.  On April 27, 2015, appellant's attorney filed a motion requesting an extension of time to file the brief.  The motion was granted, and the deadline for filing the brief was extended to June 8, 2015.

Because the brief was not filed by the extended deadline, this court was again required to notify appellant's attorney that the brief was late.  On June 12, 2015, this court ordered appellant's attorney to respond to this court in writing by June 22, 2015.

On June 25, 2015, three days after the date appellant's attorney was ordered to respond to this court, appellant's attorney filed a motion for extension of time.  The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by July 10, 2015, or, **without further notice**, this appeal will be abated to the trial court for an abandonment hearing.  TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2015.



Keith E. Hottle
Clerk of Court